Case: 1:18-cv-04984 Document #: 307 Filed: 01/21/20 Page 1 of 4 PageID #:1275

FILED
1/21/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AC

PC SCAN

United States District Court
for the Northern District of Illinois
Eastern Division

David Gevas,
    Plaintiff,
    v.
Terri/D. Polk, et al.,
    Defendants.

Case No. 18-4984
Hon. John Z. Lee
Hon. Sunil R. Harjani

**Plaintiff Rule 54(b) Motion to Reconsider**

Pursuant to Rule 54(b) of the Fed. R. Civ. P. Plaintiff respectfully requests this Court to reconsider its order (297) Specifically, the 6/29/2017 Movement log for the visiting room #234, and states:

① On 1/10/2020 this Court denied Plaintiff's Motion to Compel #234, regarding the 6/29/17 movement log for the visiting room.

② According to Plaintiff's 6/29/2017 memorandum for a side room visit due to Gevas being in a wheelchair, (attached hereto) The visiting room movement log (sign in/sign out) will evidence Plaintiff was denied use of

(1)

THE WHEELCHAIR BY THE DEFENDANTS AND WAS FORCED TO HAVE A REGULAR VISIT IN THE VISITING ROOM AS INDICATED ON THE MEMORANDUM.

(3) THE 6/29/2017 MOVEMENT LOG (SIGN IN/OUT) FROM THE VISITING ROOM IS EVIDENCE NEEDED BY THE PLAINTIFF IN THIS ACTION AND WILL PREJUDICE HIM WITHOUT BECAUSE THE MOVEMENT LOG WILL BACK UP HIS TESTIMONY.

DATE: 1/20/2020.

/S/ DAVID GEVAS
DAVID GEVAS, B41175
2600 N. BRINTON AVE.
DIXON, IL. 61021

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Stateville Correctional Center
Route 53, P.O. Box 112 • Joliet, IL 60434 • (815) 727-3607 TDD: (800) 526-0844

### *MEMORANDUM*

**DATE:** May 17, 2017

**TO:** **VISITOR CENTER**

**FROM:** Walter Nicholson
Assistant Warden of Programs

**SUBJECT:** **SIDE ROOM VISIT FOR INMATE DAVID GEVAS B41175 C-245**

Please be advised that on **Thursday, June 29, 2017** at approximately **12:00 pm** inmate **David Gevas B41175 C-245 (in wheelchair)** will have a visit in a **SIDE ROOM** with the following individual(s):

**Marcia Bryja - (Friend)**

If you have any questions, please contact the Programs Office at x6611.

**NOTE: If visitor does not have the noted medical devices the side-room visit will be voided and visitor will have a regular visit in visiting room.**

WN: sw

cc: Shift Commander
Visiting Room Sergeant
Visiting Center
Gate 1 & 2
Inmate
Master File
Chron

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

www.illinois.gov/idoc

Bruce Rauner
Governor



John Baldwin
Acting Director

## The Illinois Department of Corrections

Stateville Correctional Center
Route 53, P.O. Box 112 • Joliet, IL 60434 • (815) 727-3607 TDD: (800) 526-0844

## *MEMORANDUM*

**DATE:** September 6, 2019

**TO:** **VISITOR CENTER**

**FROM:** Walter Nicholson
Assistant Warden of Programs

**SUBJECT:** **SIDE ROOM VISIT FOR INMATE DAVID GEVAS B41175 C-245**

Please be advised that on **Thursday, June 29, 2017** at approximately **12:00 pm** inmate **David Gevas B41175 C-245 (in wheelchair)** will have a visit in a **SIDE ROOM** with the following individual(s):

**Marcia Bryja - (Friend)**

If you have any questions, please contact the Programs Office at x6611.

**NOTE: If visitor does not have the noted medical devices the side-room visit will be voided and visitor will have a regular visit in visiting room.**

WN: sw

cc: Shift Commander
Visiting Room Sergeant
Visiting Center
Gate 1 & 2
Inmate
Master File
Chron

*Mission: To serve justice in Illinois and increase public safety by promoting positive change in offender behavior, operating successful reentry programs, and reducing victimization.*

**www.illinois.gov/idoc**